IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. KOBY | ) | CASE NO. 3:17-cv-00749 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STIPULATED NOTICE OF** |
| KJAM LLC dba STEVE ROGERS FORD | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint and Defendant's Counterclaim are hereby dismissed with prejudice as to future action with each party to bear his or its respective costs, expenses and attorneys' fees. Respectfully submitted,

/s/ *Paul H. Duggan* (approved (11/29/17)
Paul H. Duggan (0062559)
Duggan Law Office Co., LPA
1426 East High Street
Bryan, Ohio 43506
(419) 636-2999 – Telephone
(419) 636-3499 – Facsimile
brianohio@gmail.com

/s/ *Anthony D. Dick*
Richard A. Millisor (0062883)
Anthony D. Dick (0084913)
FISHER & PHILLIPS LLP
9150 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-8800 - Telephone
(440) 838-8805 – Facsimile
rmillisor@fisherphillips.com
tdick@fisherphillips.com

*Counsel for Plaintiff*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on December 1, 2017 the foregoing *Stipulated Notice of Dismissal with Prejudice* has been filed electronically and served upon Plaintiff's below-identified counsel via the Court's CM/ECF system:

Paul H. Duggan, Esq. (0062559)
Duggan Law Office Co., LPA
1426 East High Street
Bryan, Ohio 43506
bryanohio@gmail.com

/s/ Anthony D. Dick
Anthony D. Dick